# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-2807

———————————————

United States of America

*Plaintiff - Appellee*

v.

Antonio Gipson

*Defendant - Appellant*

————————

Appeal from United States District Court
for the Southern District of Iowa - Davenport

————————

Submitted: February 10, 2020
Filed: February 24, 2020
[Unpublished]

————————

Before LOKEN, BEAM, and COLLOTON, Circuit Judges.

————————

PER CURIAM.

Antonio Gipson appeals the sentence the district court[1] imposed after he pleaded guilty to a drug offense. His counsel has moved to withdraw and has filed

———————————————

[1]The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

After careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as there is no indication that it overlooked a relevant 18 U.S.C. § 3553(a) factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc). Furthermore, the district court, which considered whether Gipson's career-offender classification overrepresented the seriousness of his criminal history and ultimately imposed a sentence below the advisory guideline range, did not abuse its discretion in declining to vary downward further still. <u>See</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013). Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal.

Accordingly, we affirm the judgment, and we grant counsel's motion to withdraw.

_____